

**THE CITY OF NEW YORK**

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARK D. ZUCKERMAN**<br>Senior Counsel<br>E-mail: mzuckerm@law.nyc.gov<br>Phone: (212) 356-3519<br>Fax: (212) 788-9776 |

September 13, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

       Re: <u>Marcus Gilliam, et. al. v. The City of New York, et. al.</u>, 21 CV 5263 (RA); <u>Annabella Ojeda v. The City of New York, et. al.</u>, 21 CV 5775 (RA)

Your Honor:

       I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced related matters. I write with the consent of counsel for the plaintiffs in both of the above related cases. As Your Honor is aware, both cases are participating in Local Rule 83.10. However, at present, both cases are on different timing tracks because <u>Gilliam</u> was filed first. The City answered in <u>Gilliam</u> on September 7, 2021, but the City's response to the Complaint is due in <u>Ojeda</u> on October 11, 2021, meaning that the dates for discovery deadlines and other requirements under Local Rule 83.10 will be different. I have spoken to counsel for plaintiffs in both cases, and all counsel agree that both cases should be on the same timing track in the interest of judicial economy, and that the same mediator should be appointed for both cases, if possible. The parties therefore respectfully request that the City's upcoming answer in <u>Ojeda</u> should trigger the various discovery and other requirement dates for both cases, and that the same mediator be appointed in both cases, as opposed to separate timing tracks, and two mediators.

2

Thank you for your consideration herein.

Respectfully submitted,

/s/  Mark D. Zuckerman

Mark D. Zuckerman
Senior Counsel

cc:     All Counsel (via ECF)