```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS GILLIAM, CATHERINA IRVING, RANDY GRULLON,

        Plaintiffs,

v.

THE CITY OF NEW YORK, *et al.*,

        Defendants.

No. 21-CV-5263 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 25, 2022, the Court granted Plaintiffs' motion for leave to file an amended complaint, which was made on consent. To date, the second amended complaint has not been filed. If Plaintiffs still seek to file the second amended complaint, they shall do so by February 28, 2022.

SO ORDERED.

Dated:  February 15, 2022
        New York, New York

_____
Ronnie Abrams
United States District Judge