UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marcus Gilliam, Catherina Irving, and Randy Grullon, | |
| Plaintiffs, | |
| v. | |
| City of New York, *et al.*, | |
| Defendants, | 21-CV-5263 (RA) |
| *and* | 21-CV-5775 (RA) |
| Annabella Ojeda, | ORDER |
| Plaintiff, | |
| v. | |
| City of New York, *et al.*, | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

     Due to a scheduling conflict, the Court must adjourn the conference scheduled for February 25, 2022 at 9:30 a.m.  Although the Court is available to hold the conference tomorrow afternoon at 2:30 p.m., because several Defendants have not appeared and the City has not yet filed an answer to the operative complaints, the Court is amenable to a longer adjournment.  The parties shall confer, and if an adjournment to late March or April would be more productive, they shall file a joint letter proposing alternative dates for the conference.

If the Court does not receive a status letter from the parties, the conference will proceed tomorrow, February 25, 2022, at 2:30 p.m.  The dial-in information remains the same.

SO ORDERED.

Dated:   February 24, 2022
         New York, New York

_____
RONNIE ABRAMS
United States District Judge