# ROTH & ROTH, LLP
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

April 7, 2022

<u>Via ECF</u>
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

        Re:      *Gilliam, et al.* v. *City of New York, et al*,
                  <u>21-cv-5263 (RA)</u>

Dear Judge Abrams,

     I represent Plaintiffs Marcus Gilliam, Catherina Irving and Randy Grullon in this matter. Per our conference on April 1, 2022, I write to inform the Court that Plaintiffs do not plan to seek leave to file a Third Amended Complaint. Instead, Plaintiffs will rely on the Second Amended Complaint. Defendants consent to Plaintiffs filing their opposition to their partial motion to dismiss the Second Amended Complaint on or before April 22, 2022.

     Thank you. If you require any additional information, please do not hesitate to have one of your clerks contact me.

                                              Respectfully submitted,

                                              ~//s//~

                                              Elliot Shields

CC: All counsel of record, via ECF.