USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Marcus Gilliam, Catherina Irving, and Randy Grullon,

        Plaintiffs,

v.

City of New York, *et al.*,

        Defendants.

*and*

Annabella Ojeda,

        Plaintiff,

v.

City of New York, *et al.*,

        Defendants.

No. 21-CV-5263 (RA)

No. 21-CV-5775 (RA)

<u>ORDER OF REFERENCE</u>

---

RONNIE ABRAMS, United States District Judge:

    This action is referred to Magistrate Judge Willis for the following purpose:

| | | | |
|---|---|---|---|
| | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| X | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:    April 8, 2022
           New York, New York

                                                  _____
                                                  Ronnie Abrams
                                                  United States District Judge