UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARCUS GILLIAM, CATHERINA IRVING,
And RANDY GRULLON,

                           Plaintiffs,

      -against-

CITY OF NEW YORK, *et al.*,

                       Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

21-CV-5263 (RA)
21-CV-5775 (RA)

and

ANNABELLA OJEDA,

                       Plaintiff,

      -against-

CITY OF NEW YORK, *et al.*,

                     Defendants.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

These matters were referred for settlement on April 8, 2022. 21-cv-5775 (Dkt. No. 62); 21-cv-5263 (Dkt. No. 62). It is the Court's understanding that the two above-captioned matters intend to participate in a single settlement proceeding. The Parties are directed to submit three, mutually-agreeable dates for a settlement conference to Chamber Deputy Christopher Davis by **April 29, 2022**. Agreeable dates should be sent to WillisNYSDChambers@nysd.uscourts.gov. The dates should be in the month of May, 2022.

The settlement conference will take place in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference, or have them available telephonically. The parties are instructed to complete the Settlement

Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.

  SO ORDERED.

Dated: April 18, 2022
   New York, New York

                      _____
                      JENNIFER E. WILLIS
                      United States Magistrate Judge