UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARCUS GILLAM, *et al.*,

                Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

-and-

ANNABELLA OJEDA,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.
-------------------------------------------------------------------X

**ORDER**

**21-CV-5263 (RA) (JW)**
**21-CV-5775 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 2, 2022, Defendants filed letters asking that the individual Defendants not have to attend the settlement conference scheduled for June 8, 2022. The Court expects that the individual Defendants will attend for the first 30 minutes of the conference. After that the presence of counsel will suffice.

      SO ORDERED.

DATED:    New York, New York
               June 7, 2022

                                                        */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge