

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

August 4, 2022

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

        Re:  <u>Marcus Gilliam, et. al. v. The City of New York, et. al.</u>, 21 CV 5263 (RA)

Your Honor:

        I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. I write jointly with plaintiffs' counsel to respectfully request that the Court execute the parties' annexed Stipulation and Order of Dismissal. Pursuant to Your Honor's Individual Rules of Practice, annexed hereto as Exhibit A is the parties' executed Stipulation of Settlement.

        Thank you for your consideration herein.

        Respectfully submitted,

        /s/ Mark D. Zuckerman

        Mark D. Zuckerman
        Senior Counsel

cc:  All Counsel (via ECF)